UNPUBLISHED

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

No. 01-1849

---

RALPH D. MITCHELL, Trustee of Kamarell
Construction, Inc., A Former Corporation;
KAMARELL CONSTRUCTION, INCORPORATED,

Plaintiffs - Appellants,

versus

CHAS. H. TOMPKINS COMPANY,

Defendant - Appellee.

---

Appeal from the United States District Court for the Eastern
District of Virginia, at Alexandria. Claude M. Hilton, Chief
District Judge; Albert V. Bryan, Jr., Senior District Judge. (CA-
01-67-A)

---

Submitted: March 15, 2002            Decided: April 8, 2002

---

Before WILKINS, NIEMEYER, and LUTTIG, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Tarrant H. Lomax, TARRANT H. LOMAX, P.C., Washington, D.C., for
Appellants. Phillip Clark Jones, BRAUDE & MARGULIES, P.C.,
Washington, D.C., for Appellee.

---

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Ralph D. Mitchell, Trustee of Kamarell Construction, Inc., appeals the district court's order granting summary judgment to Charles H. Tompkins Company in this diversity action. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See Mitchell v. Chas. H. Tompkins Co., No. CA-01-67-A (E.D. Va. May 25, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED